*E-filed on* 9/27/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re H. KEITH HENSON, | No. C-03-04730 RMW; |
|---|---|
| Debtor. | No. C-03-04923 RMW |
| | ORDER TERMINATING CASES |

The two above-captioned district court actions both arise from bankruptcy case no. 98-51326 ASW-7. They are related to each other and also to action C-01-20493. All issues raised by the above-captioned cases have been resolved or mooted by orders issued in these related cases or case C-03-04978.

Therefore, the clerk shall close the files in each above-referenced action.

DATED: 9/26/06

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TERMINATING CASES—No. C-03-04730 RMW; No. C-03-04923 RMW
JAH

**United States District Court**
For the Northern District of California

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Creditors:**

John S. Wesolowski
United States Trustee
280 South First Street, # 268
San Jose, Ca 95113

Elaine M. Seid
McPharlin Sprinkles & Thomas LLP
Ten Almaden Boulevard, Suite 1460
San Jose, CA 95113

Edwina E. Dowell
Office of the United States Trustee
Department of Justice
280 S. First Street
Suite 268
San Jose, CA 95113

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Boulevard, Suite 900
Los Angeles, CA 90010

Samuel D. Rosen
Paul Hastings Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3206

Nanette Dumas
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

David J. Cook, Debra D. Lew, Robert J. Perkiss
Cook Perkiss & Lew
333 Pine Street, Suite 300
San Francisco, CA 94104

Shannon L. Mounger
Office of the United States Trustee
Department of Justice
280 S. First Street
Suite 268
San Jose, CA 95113

**Counsel for Debtors:**

Office of the U.S. Trustee/SJ
U.S. Federal Bld.
280 S 1st St. #268
San Jose, CA 95113-3004

Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S. 1st Street #215
San Jose, CA 95113

**Bankruptcy Court:**

Wayne A. Silver
Law Offices of Wayne A. Silver
333 W. El Camino Real, Suite 310
Sunnyvale, Ca 94087

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Counsel for Trustee:**

Judith S. Suelzle
Law Offices of Judith S. Suelzle
19925 Stevens Creek Blvd.
Cupertino, CA 95014

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Devin Derham-Burk (*pro se*)
P.O. Box 50013
San Jose, CA 95150-0013

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER TERMINATING CASES—No. C-03-04730 RMW; No. C-03-04923 RMW
JAH                                    2